UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EILEEN GOLDMAN,<br><br>    Plaintiff<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, a foreign corporation; SCOTTSDALE INDEMNITY COMPANY, a foreign corporation,<br><br>    Defendants | Case No.: 2:20-cv-00613-APG-EJY<br><br>**Order Deeming Order to Show Cause Satisfied** |

Based upon plaintiff Eileen Goldman's response (ECF No. 7) to my Order to Show Cause, I deem my order satisfied. I will not dismiss this case for lack of subject matter jurisdiction at this time. Goldman remains required to prove jurisdiction before judgment is entered.

Goldman may file her proposed Amended Complaint.

DATED this 2nd day of April, 2020.

                                                                    ANDREW P. GORDON
                                                                    UNITED STATES DISTRICT JUDGE