**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EILEEN GOLDMAN,<br><br>  Plaintiff<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, a foreign corporation; SCOTTSDALE INDEMNITY COMPANY, a foreign corporation,<br><br>  Defendants | Case No.: 2:20-cv-00613-APG-EJY<br><br>**Order Setting Hearing on Pending Motions**<br><br>[ECF Nos. 10, 15, 27] |

I will conduct a hearing on the pending motions (ECF Nos. 10 and 15) and the plaintiff's objection (ECF No. 29) to Magistrate Judge Youchah's Report and Recommendation (ECF No. 27) on **Monday, October 26, 2020 at 9:30 a.m. PDT**. The parties are limited to 10 minutes per side. The hearing will be conducted by video conference. My courtroom deputy will send out instructions for connecting to that conference by separate notice.

DATED this 19th day of October, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE