**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EILEEN GOLDMAN, | Case No.: 2:20-cv-00613-APG-EJY |
| Plaintiff | **Order for Status Report** |
| v. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY and SCOTTSDALE INDEMNITY COMPANY, | |
| Defendants | |

On February 8, 2021, the Ninth Circuit granted the parties' stipulation to voluntarily dismiss the appeal in this case. ECF No. 44. Given this resolution of the appeal, it is unclear whether the defendants' motion for attorney's fees pending before me is now moot.

I THEREFORE ORDER that by February 26, 2021, the parties shall file a status report regarding whether the motion for attorney's fees (ECF No. 37) still needs to be resolved. If the defendants withdraw the motion before then, no status report is required. The failure to respond to this order will result in denial of the pending motion.

DATED this 11th day of February, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE